## CARDINAL MAINTENANCE SERVICE, INC., Appellant,

v.

## Raymond E. MABUS, Secretary of the Navy, Appellee.

No. 2011–1272.

United States Court of Appeals, Federal Circuit.

July 6, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Martin MILLS, Petitioner,

v.

## PENTAGON FORCE PROTECTION AGENCY, Respondent.

No. 2010–3189.

United States Court of Appeals, Federal Circuit.

July 6, 2011.

ON MOTION

## *ORDER*

Upon consideration of Martin Mills' unopposed motion to voluntarily dismiss this petition for review of an arbitrator's decision in 07–54252A by William A. Babiskin,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.